UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

Belizor,
      *Plaintiff*,
      *v.*

Midland Credit Management, et al,
      *Defendants.*
_____

Docket No. 21-cv-798 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required.    This case will now be dismissed, on consent of counsel.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the Court's file), they may move to re-open the case by September 1, 2021

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 12th day of July 2021.